

**U.S. Department of Justice**

Civil Division

_____

*Washington, D.C. 20530*

JMK:jmk#145-FOI-10191                          July 9, 2010

Kel McClanahan
Executive Director
National Security Counselors
1200 South Courthouse Road
Suite 124
Arlington, VA 22204

Dear Mr. McClanahan:

    This is in response to your May 10, 2010 Freedom of Information Act (FOIA) request for copies of sworn declarations by agency representatives as part of FOIA or PA litigation between 2007 and 2010 for seven specific agencies or components of agencies. You also requested a waiver of fees for the processing of your request which was received in this office on May 12, 2010.

    My initial response to your request was to contact you and advise you that I could not provide a determination on your waiver request without support for that part of your request. On May 31, 2010 you provided a statement supporting the request for a fee waiver. Pursuant to my review of your initial request and your supplemental supporting statement, I am unable to grant your request for a waiver and I am therefore denying your request for waiver of fees.

    My determination was is based on my review of 28 C.F.R. Part 16.11 (k). Pursuant to that regulation, a waiver of fees for the processing of a FOIA request is appropriate (1) where disclosure of the requested information contributes significantly to public understanding of the operations or activities of the federal government and (2) that disclosure is not primarily in the commercial interest of the requester. Your request sought copies of publicly filed declarations public proceedings in FOIA and PA cases for certain agencies. The disclosure of these already publicly available records would not increase the public's knowledge of the operations of the federal government which are clearly known to the public. Therefore your request for waiver fails to meet the first requirement of section (k) and can not be granted.

    Also, as required by 28 C.F.R. Part 16.11 (e), I am advising you that processing of your request will exceed $25 and will likely exceed $750. If you wish to proceed, I must have your agreement to be bound for fees up to at least the subject estimate. If you do not advise me of your intention to proceed and your agreement to be bound for fees withing 10 days of the date of this letter I will assume that you wish to withdraw your request and I will close my file.

McClanahan Decl. - Ex. 3

If you are dissatisfied with my action on your request, you have a right to appeal to the Director, Office of Information Policy (OIP), United States Department of Justice, 1425 New York Avenue, NW, Suite 11050, Washington, DC 20530-0001. See 28 CFR § 16.9 (2008). Please note that your appeal must be received by OIP within sixty calendar days of the date of this letter or it will be untimely.

Thereafter, judicial review would be available in the U.S. District Court in the district in which you reside or have your principal place of business or in which the agency records are situated or in the United States District Court for the District of Columbia.

Sincerely,

James M. Kovakas
Attorney In Charge
FOI/PA Unit, Civil Division