UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL SECURITY COUNSELORS, *et al.*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 1:13-cv-00556 (RC) |
| DEPARTMENT OF JUSTICE, | * * * | |
| Defendant. | * * | |

## **ORDER**

UPON CONSIDERATION OF Defendant's Motion for Summary Judgment, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2013,

**ORDERED** that Defendant's Motion is **DENIED**.

_____
Rudolph Contreras
United States District Judge